Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| ADMINISTRACIÓN DE COMPENSACIONES POR ACCIDENTES DE AUTOMÓVILES<br><br>Peticionaria<br><br><br><br>EX PARTE | KLCE202400082 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Bayamón<br><br>Civil Núm.:<br>D JV1972-0730<br><br>Sala: 702<br><br>Sobre:<br>Consignación |

Panel especial integrado por su presidenta, la Juez Ortiz Flores, la Juez Brignoni Mártir y el Juez Candelaria Rosa.

Candelaria Rosa, Juez Ponente

## SENTENCIA

En San Juan, Puerto Rico, a 21 de febrero de 2024.

Examinado el recurso de epígrafe y la posición de las partes con respecto al mismo, se expide el auto de *certiorari* solicitado y se revoca la Resolución emitida por el foro recurrido por no atenerse, sino desbordar, nuestra Sentencia de 19 de diciembre de 2022, en la cual le ordenamos que celebrara una vista probatoria que le permitiera adjudicar de manera fundamentada la corrección o incorrección del cálculo de los intereses acumulados a favor de los beneficiarios.

La función judicial comporta inherentemente —es decir, por virtud de su naturaleza— la acción de adjudicar. En este caso, como advertimos en nuestra Sentencia de hace poco más de un año, solo resta que el Tribunal de Primera Instancia emita su decisión fundamentada.

Número Identificador

SEN2024 _____

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

La Juez Brignoni Mártir concurre sin opinión escrita.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones